UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KOHL HARRINGTON,<br><br>  Plaintiff,<br><br>  v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>  Defendant. | Civil Action No. 20-2054 (CKK) |

### **JOINT STATUS REPORT**

Pursuant to the Court's October 1, 2020, Minute Order Plaintiff Kohl Harrington and Defendant National Archives and Records Administration ("NARA" or the "Agency"), by and through undersigned counsel hereby report as follows:

1. This case concerns fifteen Freedom of Information Act ("FOIA") requests that Plaintiff submitted to NARA between November 2019 and April 2020, which seek emails from certain Office of Government Information Services employees pertaining to Plaintiff, his FOIA requests to the Food and Drug Administration ("FDA"), FDA FOIA officers, and appeals officers from the U.S. Department of Health and Human Services.

2. NARA has completed its initial search for records responsive to Plaintiff's FOIA requests and has identified approximately 3,481 potentially responsive emails. NARA has proposed processing these records at a rate of 250 emails per month and release any responsive, non-exempt information to Plaintiff on a rolling, monthly basis, with the first production to be made by November 16, 2020. The parties are continuing to discuss an appropriate processing rate, but, for purposes of the November release only, Plaintiff agrees to Defendant's proposal.

- 2 -

3.In light of the foregoing, the parties propose that they submit a further joint status report by January 15, 2020, to update the Court on the Agency's processing of Plaintiff's FOIA requests.

Dated: October 15, 2020
Washington, DC

Respectfully submitted,

/s/ *Matt Topic (with consent)*
Attorney for Plaintiff
KOHL HARRINGTON

Matthew Topic, D.C. Bar No. IL 0037
Joshua Burday, D.C. Bar No. IL 0042
Merrick Wayne, D.C. Bar No. IL 0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com


MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division


By: */s/ Derek S. Hammond*
DEREK S. HAMMOND
D.C. Bar #1017784
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
202-252-2511
Derek.hammond@usdoj.gov

*Attorneys for the United States of America*