UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KOHL HARRINGTON,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 20-2054 (CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to the Court's January 18, 2021, Minute Order Plaintiff Kohl Harrington and Defendant National Archives and Records Administration ("NARA" or the "Agency"), by and through undersigned counsel hereby report as follows:

1. This case concerns fifteen Freedom of Information Act ("FOIA") requests that Plaintiff submitted to NARA between November 2019 and April 2020, which seek emails from certain Office of Government Information Services employees pertaining to Plaintiff, his FOIA requests to the Food and Drug Administration ("FDA"), FDA FOIA officers, and appeals officers from the U.S. Department of Health and Human Services.

2. The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. The settlement is subject to approval by the United States Attorney or his designee and further preparation of a formal settlement agreement. The parties respectfully request that they are given 30 days from today to finalize the settlement agreement and file the stipulated dismissal with the Court.

3. In light of the foregoing, the parties propose filing a joint status report by May 12, 2022, if a stipulation of dismissal has not been filed by that date.

Dated: April 12, 2022
Washington, DC

          Respectfully submitted,

          *Josh Loevy*
          Attorney for Plaintiff
          KOHL HARRINGTON

          Josh Loevy, D.C. Bar No. IL 0105
          LOEVY & LOEVY
          311 North Aberdeen, 3rd Floor
          Chicago, IL 60607
          312-243-5900
          foia@loevy.com


          MATTHEW M. GRAVES, D.C. Bar #481052
          United States Attorney

          BRIAN P. HUDAK
          Acting Chief, Civil Division


          By: */s/ Derek S. Hammond*
              DEREK S. HAMMOND
              D.C. Bar #1017784
              Assistant United States Attorney
              555 Fourth Street, NW
              Washington, DC 20530
              202-252-2511
              Derek.hammond@usdoj.gov

          *Attorneys for the United States of America*