UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KOHL HARRINGTON,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>　　　　　　　　Defendant. | Civil Action No. 20-2054 (CKK) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: May 6, 2022

Respectfully submitted,

 /s/ Josh Loevy (by permission)
Josh Loevy, DC Bar No. IL0105
(E-Mail: foia@loevy.com)
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:　　　 */s/ Derek S. Hammond*
　　　DEREK S. HAMMOND
　　　D.C. Bar # 1017784
　　　Assistant United States Attorney
　　　601 D Street, NW
　　　Washington, DC 20530
　　　202-252-2511
　　　Derek.Hammond@usdoj.gov

*Attorneys for the United States of America*