# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KOHL HARRINGTON,<br>    Plaintiff,<br>    v.<br>NATIONAL ARCHVIES AND RECORDS ADMINISTRATION,<br>    Defendant. | Civil Action No. 20-2054 (CKK) |

# ORDER
(May 9, 2022)

In light of the parties' [19] Stipulation of Dismissal, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is, this 9th day of May, 2022, hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

   /s/
COLLEEN KOLLAR-KOTELLY
United States District Judge